Form 3-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**    FORM 3

| | |
|---|---|
| NUCOR CORPORATION,<br><br>                              Plaintiff,<br>v.<br><br>UNITED STATES,<br>                              Defendant. | **SUMMONS**<br><br>Court No. 16-00 216 |

**TO:** The Attorney General and the Department of Commerce:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

/s/ Tina Potuto Kimble
Clerk of the Court

1. Nucor Corporation is a domestic producer of cold-rolled steel flat products, and was a participant in the investigation under appeal. Plaintiff has standing to challenge the determination at issue pursuant to 28 U.S.C. § 2631(c) and 19 U.S.C. § 1516a(d).
   (Name and standing of plaintiff)

2. Plaintiff contests portions of the final determination of the U.S. International Trade Commission with respect to Russia in the investigation of *Cold-Rolled Steel Flat Products from Brazil, China, India, Japan, Korea, Netherlands, Russia, and the United Kingdom*. This determination is contested pursuant to 19 U.S.C. § 1516a(a)(2)(A)(i)(I), 19 U.S.C. § 1516a(a)(2)(B)(ii), and § 28 U.S.C. 1581(c).
   (Brief description of the contested determination)

3. September 16, 2016
   (Date of determination)

4. September 16, 2016 (81 Fed. Reg. 63,806)
   (If applicable, date of publication in Federal Register of notice of contested determination)

Alan H. Price, Esq.
Wiley Rein LLP
1776 K Street, NW
Washington, DC 20006
(202) 719-7000
trade@wileyrein.com

/s/ Alan H. Price
Signature of Plaintiff's Attorney

October 14, 2016
Date

Form 3-2

## SERVICE OF SUMMONS BY THE CLERK

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan 1, 2007; Dec. 7, 2010, eff. Jan 1, 2011).

Attorney in Charge
International Trade Field Office
Department of Justice, Civil Division
Room 346, Third Floor
26 Federal Plaza
New York, NY 10278

General Counsel
U.S. Department of Commerce
14th Street and Constitution Avenue, NW
Washington, DC 20230

Supervising Attorney
Civil Division – Commercial Litigation Branch
U.S. Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, DC 20044